United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANA CRISTINA CARRENO ORTIZ,
Plaintiff,

v.

SERGIO ALBARRAN, et al.,
Defendants.

Case No. 26-cv-08708-WHO

**ORDER RE MOTION FOR TEMPORARY RESTRAINING ORDER**

Re: Dkt. No. 2

Plaintiff Ana Cristina Carreno Ortiz moves for emergency relief, seeking immediate release from government detention. Dkt. No. 2. I have determined that additional briefing is required. Accordingly, I order as follows:

1. Plaintiff shall file a memorandum of points and authorities and any other papers in support of her motion for a temporary restraining order (TRO) by **noon on August 24, 2026.**
2. The government shall file any response by **noon on August 26, 2026.**
3. The hearing on the TRO is set for **August 28, 2026 at 11 a.m.** via Zoom videoconference.
4. **The government is prohibited from deporting the petitioner or transferring her out of this district while the TRO application is pending.**

**IT IS SO ORDERED.**

Dated: August 21, 2026

William H. Orrick
United States District Judge